UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JAMES & JUANITA MCHENRY** | |
| Plaintiffs, | Case No. 3:23-cv-00479 |
| v. | |
| **FCA US LLC** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: March 31, 2023,    By:    */s/ Angela K. Troccoli*
　　　　　　　　　　　　　　　　Angela K. Troccoli Esquire
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Angela K. Troccoli, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Curtis Jeffries  
Beatty Navarre Strama P.C  
901 S MoPac Expy, Austin, TX 78746  
Email: cjeffries@bsnfirm.com

Attorneys for Defendant

Dated: March 31, 2023			By:	*/s/ Angela K. Troccoli*  
					Angela K. Troccoli Esquire  
					Kimmel & Silverman, P.C.  
					30 E. Butler Avenue  
					Ambler, PA 19002  
					Phone: (215) 540-8888  
					Fax: (877) 788-2864  
					Email: teamkimmel@creditlaw.com